# EXHIBIT 1

---

**IN THE CASE OF**

**VICTOR M. SANCHEZ, III,**

**V.**

**U.S. BANK NATIONAL ASSOCIATION,**

**CV18-500 JLS (KSX)**

**KAZEROUNI LAW GROUP, APC**
**1303 EAST GRAND AVENUE, SUITE 101**
**ARROYO GRANDE, CA 93420**
**(805) 335-8455**

## Application Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Application number: | [redacted]7111 | Overall Application status: | **Approved** | Apply Platform: | **Y** | Primary Since Date: | |
| Primary applicant: | **VICTOR SANCHEZ** | Initial Status: | **ACCEPT** | Authentication: | **N** | Secondary Since Date: | |
| Time stamp: | **08/23/2015 11:40 AM** | Decision Engine: | **ACAPS** | Store And Forward: | **N** | EPay Status Unknown: | **N** |
| Language: | **English** | Acxiom: | | Incomplete Application: | **N** | BYEI Enrollment: | **N** |
| AML Score: | **5** | Application sub-status: | **Booked - Application Process Complete** | | | | |

## Primary Applicant Information

### Primary Applicant

| | |
|---|---|
| Full Name: | **VICTOR SANCHEZ** |
| Mother's Maiden Name: | |
| SSN: | **#######8586** |
| DOB: | [redacted]**/1963** |
| E-Mail Address: | **SANCHVM**[redacted] |
| Home Phone: | |
| Work Phone: | |
| Cell Phone: | [redacted]**-8221** |
| Occupation/Job Title: | **PROJECT MANAGER** |
| Employer Name: | **TRS** |
| ID Type: | **Driver's License** |
| ID Number: | **#####2065** |
| ID State: | **AZ** |
| ID Expiration Date: | **11/28/2028** |

### Current Address

| | |
|---|---|
| Street Address Line 1: | **415** [redacted] |
| Street Address Line 2: | |
| Street Address Line 3: | |
| City: | **BREA** |
| State: | **CA** |
| ZIP: | **92821** |

### Previous Address

| | |
|---|---|
| Street Address Line 1: | **26** [redacted] |
| Street Address Line 2: | |
| Street Address Line 3: | |
| City: | **RANCHO SANTA MARGARI** |
| State: | **CA** |
| ZIP: | **92688** |

## Ownership Information

| | |
|---|---|
| Apply Platform: | **Y** |
| User Login: | |
| Product Channel: | **Internet** |
| Transaction ID: | **3810823** |
| Session ID: | **NoSessionID** |
| Account Ownership: | **Individual** |
| Account Sponsor: | **None** |
| Promotion Code: | |
| MRI Code: | |
| Segment Code: | |
| Graduation Date: | |
| New Branch Number: | **4628** |
| COID: | **0926** |
| Recipient Id: | |

Customer Segment Indicator: **GENERAL**
Disclosure Acceptance: **Y**
Hard Copy Requested: **N**
Promo Account Waive:
# of Months:

## Product Information

| | **Easy Checking** |
|---|---|
| Account Number | [redacted]**8521** |
| Account Name | |
| Hogan Product/Sub Product Code | **DDA-91** |
| OD Coverage | **Y** |
| Online Statements | **N** |
| Electronic Signature | **08/23/2015 11:35:59** |
| Direct Deposit | |
| Signature Card Requested | **Yes** |
| Compensating Balance Accounts | **No** |
| Waive Bill Pay | **WV** |
| Card Access | **CHK** |
| Plastic Choice | |
| Checking That Pays | **No** |
| Frequent Flyer Plan | |
| Frequent Flyer Account | |
| Reserve Line | **Accepted** |
| Reserve Line Amount | |
| Overdraft Protection | **Yes** |

| | |
|---|---|
| Check Type | **Duplicate** |
| Catalog ID | **CNUSB** |
| Special PGM Code | |
| Waive Check Charge | **Yes** |
| Overdraft Account Number | |
| Funding Type | **Card Transfer** |
| Funding R/T Number | |
| Funding Account Number | **********3947** |
| Funding Institution | |
| Funding Amount | **$100.00** |
| Funding Check Number | |
| Transfer Account Name | |
| Transfer Account Number | |
| Transfer Amount | |
| Transfer Day 1 | |
| Transfer Day 2 | |
| Transfer Day 3 | |
| Transfer Day 4 | |
| S.T.A.R.T. Begin Date | |
| S.T.A.R.T. End Date | |
| Enrolled In S.T.A.R.T. | **N** |
| Checking Account Number | |

| | | |
|---|---|---|
| Enable Think Twice Savings Feature | | |
| Transfer an amount for each check card purchase | | |
| Check Card Number | | |
| Start Date | | |
| Transfer Amount | | |
| Transfer Rewards on Flexperks Cash Rewards Check Card | | |
| Check Card Number | | |
| Enrolled in START Smart | **N** | **N** |
| START Smart Begin Date | | |
| START Smart End Date | | |
| START Smart Transfer from Account | | |
| START Smart Transfer to Account | | |
| START Smart Transfer AMT | | |
| START Smart Frequency Option | **Unknown** | **Unknown** |
| START Smart Start Transfer Start Date | | |
| START Smart Start Transfer End Date | | |

## Card Information

Card Type: **Visa Card**
Card Number: **********3947**
EPay Status Unknown: **N**

## E - Payments Responses

Confirmation ID: **ICGDDA000201795**
Original Confirmation Indicator: **SUCCESS 0**
Updated Confirmation Indicator:
Original Payment Date: **08/23/2015**
Updated Payment Date:

User Id:
Account Key:
Biller ID: **DDA**
Biller Group ID: **ICG**
Status: **Authorized**