# EXHIBIT 2

---

IN THE CASE OF

**VICTOR M. SANCHEZ, III,**

**V.**

**U.S. BANK NATIONAL ASSOCIATION,**

**CV18-500 JLS (KSX)**

**KAZEROUNI LAW GROUP, APC**
**1303 EAST GRAND AVENUE, SUITE 101**
**ARROYO GRANDE, CA 93420**
**(805) 335-8455**

RMS Notes.TXT

```
R0137-1     13:25:21     RECOVERY MANAGEMENT SYSTEM      AKJOH12      5/04/18
ACTIVE                   View Historical Transactions  Birthdate....: [redacted]/83
Acct...: [redacted]8521      Other Debts Exist          Status.......: LGS
SOCIAL S [redacted]8586       Cmkr N                      Product Type.: HLC
Name...: SANCHEZ,VICTOR                                 Officer......: 111113
Name 2.: ,                                              Recoverer....: R627
Address: [redacted]          Bal          1459.21       Agncy/Atty...:
Address:                     00121122676                Interest %...:   .000
City...: TRABUCO CANYON        CA 92679                 Received.....: 12/01/17
Ph(Off): [redacted]2256        [redacted]7703           Assigned.....:  0/00/00

Date     Time  Code  Description(Old Data)                           User-Id
 5/04/18 12:09 M2MGR FIELD: MASSTS OLD: MGR NEW: LGS   BAL:   1459.21 AKJOH12
 5/04/18 12:10 90LGS Received email from Nancy Graves-Cronin          AKJOH12
 5/04/18 12:11 90LGS bank is being sued. Requested copy of            AKJOH12
 5/04/18 12:11 90LGS complaint.Most likely mainly credit card         AKJOH12
 5/04/18 12:11 90LGS dispute.                                         AKJOH12
 4/19/18 16:40 I4MGR IMAGE VERIFICATION COMPLETED                     KMFINDO
 4/02/18 33:49 M2MGR FIELD: CRCOLL OLD:       0.00   NEW:      0.00   BATCH
 4/01/18 08:40 CBMGR CREDIT BUREAU                                    STAROBJ
 3/13/18 05:34 M2MGR FIELD: MASTZC OLD:              NEW:P            RMSCTZON
 3/13/18 17:57 MRAG1 FIELD: MASATT OLD: ACA1 NEW:     BAL:   1459.21  ACA1
 3/13/18 17:57 M2AG1 FIELD: MASCOM OLD:      25.000  NEW:      0.000  ACA1  +
 3/13/18 17:57 M2AG1 FIELD: MASDAS OLD:  3/01/18     NEW: 0/00/00     ACA1
 3/13/18 17:57 M2MGR FIELD: MASSTS OLD: AG1 NEW: MGR   BAL:   1459.21 ACA1
 3/10/18 12:01 AAMGR CLD CELL PH MM CVC: 5894 CNSMR ON LN VRY         ACA1
 3/10/18 12:01 AAMGR  DOB SSN                                         ACA1
 3/10/18 12:03 AAMGR FRAUD SUPPORT OSTS:ACT                           ACA1
 3/10/18 12:53 M1AG1 FIELD: MASAD1 OLD: [redacted]                    ACA1
 3/10/18 12:53 M1AG1 FIELD: MASCTY OLD: HUNTINGTN BCH                 ACA1
 3/10/18 12:53 M1AG1 FIELD: MASZIP OLD: [redacted]2307                ACA1
 3/10/18 12:53 M2AG1 FIELD: MASTZC OLD: P            NEW:             ACA1
 3/09/18 15:22 90AG1 Ctrl#:334424758035001 Dispute code(s):2          DTTHURM
 3/09/18 15:22 90AG1 Individuals  same/similar name,  Respo           DTTHU +
 3/09/18 15:22 90AG1 nse code:23 Disputed information accura          DTTHURM
 3/09/18 15:22 90AG1 te.  Updated account information unrela          DTTHURM
 3/09/18 15:22 90AG1 ted to the dispute,  Docs:images review          DTTHURM
 3/09/18 15:22 90AG1 ed                                               DTTHURM
 3/08/18 08:10 90AG1 ACDV received from consumer reporting a          DTTHURM
 3/08/18 08:10 90AG1 gency.  Disputed information currently           DTTHURM
 3/08/18 08:10 90AG1 under investigation.With Ctrl#: 2205455          DTTHURM
 3/08/18 08:10 90AG1 024001                                           DTTHURM
 3/08/18 13:04 90AG1 ACDV received from consumer reporting a          CJKUNDE
 3/08/18 13:04 90AG1 gency.  Disputed information currently           CJKUNDE
 3/08/18 13:04 90AG1 under investigation.With Ctrl#:99998066          CJKUN +
 3/08/18 13:04 90AG1 012928103                                        CJKUNDE
 3/08/18 13:17 90AG1 ACDV received from consumer reporting a          DTTHURM
 3/08/18 13:17 90AG1 gency.  Disputed information currently           DTTHURM
```

RMS Notes.TXT

```
 3/08/18 13:17 90AG1 under investigation.With Ctrl#:33442475           DTTHURM
 3/08/18 13:17 90AG1 8035001                                           DTTHURM
 3/08/18 15:19 90AG1 Ctrl#:2205455024001 Dispute code(s):2 I           DTTHURM
 3/08/18 15:19 90AG1 ndividuals  same/similar name,  Respons           DTTHURM
 3/08/18 15:19 90AG1 e code:23 Disputed information accurate           DTTHURM
 3/08/18 15:19 90AG1 .  Updated account information unrelate           DTTHURM
 3/08/18 15:19 90AG1 d to the dispute,  Docs:images reviewed           DTTHURM
 3/08/18 15:53 90AG1 Ctrl#:9999806601292810З Dispute code(s)           CJKUN +
 3/08/18 15:53 90AG1 :2 Individuals  same/similar name,  Res           CJKUNDE
 3/08/18 15:53 90AG1 ponse code:23 Disputed information accu           CJKUNDE
 3/08/18 15:53 90AG1 rate.  Updated account information unre           CJKUNDE
 3/08/18 15:53 90AG1 lated to the dispute,  Docs:images revi           CJKUNDE
 3/08/18 15:53 90AG1 ewed                                              CJKUNDE
 3/07/18 06:26 M1AG1 FIELD: MASHC3 OLD: CV [redacted]5894              RMSCDLR1
 3/06/18 18:02 AAAG1 PH CELL NO MSG LEFT: 5894                         ACA1
 3/06/18 18:02 AAAG1 PH CELL NO MSG LEFT: 2999                         ACA1
 3/06/18 18:47 AAAG1 PH OP NO MSG LEFT: 7703                           ACA1
 3/05/18 10:28 I3AG1 DOC SUBMITTED FOR IMAGING                         MMBROW9
 3/05/18 11:50 M1AG1 FIELD: MASHPH OLD: [redacted]5894                 ACA1   +
 3/05/18 11:50 M1AG1 FIELD: MASOPH OLD:                                ACA1
 3/05/18 33:16 M2AG1 FIELD: CRCOLL OLD:       0.00   NEW:      0.00    BATCH
 3/04/18 08:24 CBAG1 CREDIT BUREAU                                     STAROBJ
 3/01/18 00:01 MRPHO FIELD: MASATT OLD:      NEW:LEXS BAL:   1459.21   NEUASSGN
 3/01/18 00:01 M2PHO FIELD: MASDAS OLD:  0/00/00     NEW: 3/01/18      NEUASSGN
 3/01/18 00:01 M2AG0 FIELD: MASSTS OLD: PHO NEW: AG0   BAL:   1459.21  NEUASSGN
 3/01/18 18:04 MRAG0 FIELD: MASATT OLD: LEXS NEW:ACA1 BAL:   1459.21   ACA1
 3/01/18 18:04 M2AG0 FIELD: MASCOM OLD:       0.000  NEW:     25.000   ACA1
 3/01/18 18:04 M2AG0 FIELD: MASDAS OLD:  3/01/18     NEW: 3/02/18      ACA1
 3/01/18 18:04 M2AG0 FIELD: MASDAS OLD:  3/02/18     NEW: 3/01/18      ACA1
 3/01/18 18:04 M2AG0 FIELD: MASFRC OLD: R627 NEW: RNAS   BAL:   1459.2 ACA1   +
 3/01/18 18:04 M2AG1 FIELD: MASSTS OLD: AG0 NEW: AG1   BAL:   1459.21  ACA1
 2/28/18 14:29 HNPHO NO CONTACT HP #                                   MLWALLE
 2/09/18 12:48 90PHO <<OPS>> SENT RC255 UNSUCCESSFUL CONTACT           MVOCAMP
 2/09/18 12:48 90PHO LEASE AND LOAN LETTER AS REQ. COPY TO             MVOCAMP
 2/09/18 12:48 90PHO IMAGE.                                            MVOCAMP
 2/08/18 12:55 90PHO approved rc255 letter                             MAFEDLE
 2/07/18 12:42 HNPHO NO CONTACT HP #                                   MLWALLE
 2/07/18 12:42 ARPHO REQ RC255                                         MLWALLE
 2/05/18 32:58 M2PHO FIELD: CRCOLL OLD:       0.00   NEW:      0.00    BATCH
 2/04/18 08:48 CBPHO CREDIT BUREAU                                     STAROBJ
 2/04/18 18:10 M1PHO FIELD: MASU02 OLD:                                RMSCC +
 2/04/18 18:10 CBPHO SENT L1 SEGMENT                                   RMSCCBUR
 1/22/18 18:25 M2PHO FIELD: MASSTS OLD: NEW NEW: PHO   BAL:   1459.21  MLWALLE
 1/16/18 13:38 M2NEW FIELD: MASSTS OLD: LCR NEW: NEW   BAL:   1459.21  ANDREAMO
12/29/17 05:36 M2LCR FIELD: MASU07 OLD:       0.00   NEW:   1165.95    RMSCYTD1
12/02/17 00:54 MRNEW FIELD: MASRCV OLD: PEND NEW:R627 BAL:   1459.21   ABMOV2AC
12/02/17 00:54 M2NEW FIELD: MASFRC OLD: PEND NEW: R627   BAL:   1459.2 ABMOV2AC
12/02/17 00:54 M2LCR FIELD: MASSTS OLD: NEW NEW: LCR   BAL:   1459.21  ABMOV2AC
```

RMS Notes.TXT

```
12/01/17 06:03 M1LCR FIELD: MASHC3 OLD:                               RMSCDLR1
11/30/17 06:02 M1LCR FIELD: MASU15 OLD:                               RMSCINPT
11/30/17 06:03 M2LCR FIELD: MASLA2 OLD:             NEW:USBANK        RMSCINPT
11/30/17 06:04 M1LCR FIELD: MASU14 OLD:                               RMSCI +
11/30/17 06:05 M2LCR FIELD: MASU21 OLD:  0/00/00    NEW:12/06/17      RMSCINPT
11/30/17 06:06 M2LCR FIELD: MASIPD OLD:  0/00/00    NEW: 5/08/17      RMSCINPT
11/30/17 06:07 M1LCR FIELD: MASU03 OLD:                               RMSCINPT
11/30/17 06:08 M1LCR FIELD: MASU02 OLD:                               RMSCINPT
11/30/17 06:09 M1LCR FIELD: MASU04 OLD:                               RMSCINPT
11/30/17 06:13 M2LCR FIELD: MASTTL OLD:             NEW:IND           RMSCINPT
11/30/17 06:14 M2LCR FIELD: MASLOC OLD:             NEW:0002371-04628 RMSCINPT
11/30/17 06:17 M2LCR FIELD: MASCBR OLD:             NEW:Y             RMSCINPT
11/30/17 06:49 90LCR AUTO CLOSE - CHARGEOFF PAST 7 CYCLES DLQ         RMSCINPT
11/30/17 11:10 M1LCR FIELD: E00OPH OLD:                               OCSCRMS3
11/30/17 11:11 M2LCR FIELD: MASTZC OLD:             NEW:P             RMSCT +
11/29/17 11:08 90LCR THIS ACCOUNT ONLY HAS CELL PHONE NUMBERS         OCSCRMS3
11/29/17 11:09 90LCR CELL PHONE SCRUB COMPLETED                       OCSCRMS3
11/27/17 10:31 90LCR 200 DPD--NOTES SHOULD SAY P S PH# IS [redacted]  OCSCRMS3
11/27/17 10:32 90LCR [redacted]-5894, UPDATED PH# IH HOME# FIELD      OCSCRMS3
11/27/17 10:33 90LCR PRIMARYSIGNER PHONES CHANGED FROM:  TO:          OCSCRMS3
11/27/17 10:34 90LCR [redacted]-5894                                  OCSCRMS3
11/27/17 10:35 90LCR PRIMARYSIGNER PHONES CHANGED FROM: [redacted]    OCSCRMS3
11/27/17 10:36 90LCR [redacted]5894 TO:                               OCSCRMS3
11/27/17 10:37 90LCR 200 DPD--WHEN VERIFIED ADDY P DID STATE          OCSCRMS3
11/27/17 10:38 90LCR ADDY ON FILE IS HIS FATHER S ADDY, HIS           OCSCRMS3
11/27/17 10:39 90LCR FATHER GOES BY VICTOR SANCHEZ TOO, P DID         OCSCR +
11/27/17 10:40 90LCR N T WANT TO VERIFY HIS ACTUAL ADDY               OCSCRMS3
11/27/17 10:41 90LCR 200 DPD--CONTINUED NOTES - I ADVISED HE          OCSCRMS3
11/27/17 10:42 90LCR CAN CHECK WITH BRANCH TO SEE IF CAN GET          OCSCRMS3
11/27/17 10:43 90LCR  SIGNATURE CARD TO VERIFY INFO ON THERE,         OCSCRMS3
11/27/17 10:44 90LCR  DID ADVISED IF P S FATHER OPEN P MAY H          OCSCRMS3
11/27/17 10:45 90LCR AVE TO FILE FRAUD TOO IF HE S SAYING IT          OCSCRMS3
11/27/17 10:46 90LCR S NOT HIS, ADVS OF WOC AND CHARGE OFF,           OCSCRMS3
11/27/17 10:47 90LCR VER ADDY - , CELL# [redacted]-5894 IS ONLY#      OCSCRMS3
11/27/17 10:48 90LCR , POE: DECLINED,                                 OCSCRMS3
11/27/17 10:49 90LCR 200 DPD--REC D TRANSFER CALL, TT MAN ID          OCSCRMS3
11/27/17 10:50 90LCR AS P, VER FULL NAME AND LAST 4 OF SSN A          OCSCR +
11/27/17 10:51 90LCR ND SSN MATCHES, ADVS OF DPD AND PAST DUE         OCSCRMS3
11/27/17 10:52 90LCR  AMT, HE SAID HE DIDN T HAVE ANY ACCOUN          OCSCRMS3
11/27/17 10:53 90LCR TS WITH US BANK, SD HIS FATHER HAS SAME          OCSCRMS3
11/27/17 10:54 90LCR NAME AS HIM AND SOMETIMES THEY GET MIXE          OCSCRMS3
11/27/17 10:55 90LCR D UP, HE SAID THIS IS HIS FATHER S ACCOU         OCSCRMS3
11/27/17 10:56 90LCR NT, VER FULL SOC AND DOB AND IT MATCHES          OCSCRMS3
11/27/17 10:57 90LCR  AND ADVISED P THAT ACCOUNT IS HIS NOT H         OCSCRMS3
11/27/17 10:58 90LCR IS FATHER S, SD THAT HE S BEEN DEALING           OCSCRMS3
11/27/17 10:59 90LCR WITH A US BANK BRANCH IN LAKE FOREST, CA         OCSCRMS3
11/27/17 10:60 90LCR , SEEMS HE S DISPUTING THAT THIS ISN T           OCSCRMS3
11/27/17 11:01 90LCR HIS ACCOUNT, I GAVE HIM PH# [redacted]-3983      OCSCR +
```

```
11/27/17 11:02 90LCR  TO OWNING US BANK BRANCH FOR THIS ACCO          OCSCRMS3
11/27/17 11:03 90LCR UNT, - RFD:OTHER                                  OCSCRMS3
11/27/17 11:04 90LCR PRIMARYSIGNER PHONES CHANGED FROM:  TO:           OCSCRMS3
11/27/17 11:05 90LCR [redacted]-5894                                   OCSCRMS3
11/27/17 11:06 90LCR 200 DPD--SKIP - RVW SKIP NOTES - CLLD# 9          OCSCRMS3
11/27/17 11:07 90LCR [redacted]-5894 GOT VM NO ID, LM                  OCSCRMS3
11/13/17 10:30 90LCR CACS/OCS LETTER SENT: PCHGOFF                     OCSCRMS3
11/06/17 06:47 90LCR LATE FEES SUPPRESSED DUE TO HURRICANE             RMSCINPT
11/06/17 06:48 90LCR RELIEF PROJECT.                                   RMSCINPT
11/03/17 10:24 90LCR FROM CBC INNOVIS // VICTOR SANCHEZ PHONE          OCSCRMS3
11/03/17 10:25 90LCR S: [redacted]-5894, [redacted]-1286, [redacted]-  OCSCR +
11/03/17 10:26 90LCR 8221, [redacted]-0292, [redacted]-9503,      A    OCSCRMS3
11/03/17 10:27 90LCR DDRESS: [redacted]   TRABUCO                      OCSCRMS3
11/03/17 10:28 90LCR CANYON CA 92679-3318                              OCSCRMS3
11/03/17 10:29 90LCR 177 DPD--SKIP - RVW NOTES - NO GOOD INFO          OCSCRMS3
11/02/17 10:23 90LCR 176 DPD--PCHG OFF LETTER                          OCSCRMS3
11/01/17 10:22 90LCR CACS/OCS LETTER SENT: PCHGOFF                     OCSCRMS3
10/07/17 10:21 90LCR CACS/OCS LETTER SENT: DEMAND1                     OCSCRMS3
10/05/17 10:12 90LCR 148 DPD--HGN SRCH- MATCHING DDA HAD THE           OCSCRMS3
10/05/17 10:13 90LCR SAME ADDRESS - WHITEPAGES  RVS SRCH USI           OCSCRMS3
10/05/17 10:14 90LCR NG YP.COM GV 2 COMPLETELY DIFFERENT NAME          OCSCRMS3
10/05/17 10:15 90LCR S-- AND SM NM SRCH GV =VICTOR H SANCHEZ           OCSCR +
10/05/17 10:16 90LCR -DIFFERENT ADDRESS.GOOGLED TRS AND GOT R          OCSCRMS3
10/05/17 10:17 90LCR ECRUITNG FIRMS?--GOOGLED P AFD  VICTOR            OCSCRMS3
10/05/17 10:18 90LCR SANCHEZ IN LONG BEACH, CALIFORNIA AT ADV          OCSCRMS3
10/05/17 10:19 90LCR ANCED BACKGROUND ... [redacted],                  OCSCRMS3
10/05/17 10:20 90LCR  HUNTINGTON BEACH, CA, 92649-2307 ...             OCSCRMS3
 9/27/17 10:01 90LCR 140 DPD--MN SD HE WAS VICTOR SANCHEZ AT           OCSCRMS3
 9/27/17 10:02 90LCR [redacted]8221 HE SD L4 OF SSN WERE 9986          OCSCRMS3
 9/27/17 10:03 90LCR AND HE GV A DIFF FULL SSN SO IT APPEARED          OCSCRMS3
 9/27/17 10:04 90LCR  WE HAD THE WRONG VICTOR SANCHEZ- HE SD           OCSCRMS3
 9/27/17 10:05 90LCR  HIS SON W/ SM NM? DID NOT HAVE AN ACCOU          OCSCRMS3
 9/27/17 10:06 90LCR NT W/ USBANK. REMOVED THE PHNS - RFD/EX           OCSCR +
 9/27/17 10:07 90LCR CUSE:NOT REQUIRED                                 OCSCRMS3
 9/27/17 10:08 90LCR PRIMARYSIGNER PHONES CHANGED FROM: [redacted]     OCSCRMS3
 9/27/17 10:09 90LCR [redacted]-5894,[redacted]-5894 TO: ,             OCSCRMS3
 9/27/17 10:10 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]8221 F        OCSCRMS3
 9/27/17 10:11 90LCR ROM ORCHID                                        OCSCRMS3
 9/26/17 06:42 90LCR CTRL#:99997257032502019 DISPUTE CODE(S):          RMSCINPT
 9/26/17 06:43 90LCR 1 NOT HIS/HERS,  RESPONSE CODE:23:DISPUT          RMSCINPT
 9/26/17 06:44 90LCR ED INFORMATION ACCURATE.  UPDATED ACCOUN          RMSCINPT
 9/26/17 06:45 90LCR T INFORMATION UNRELATED TO THE DISPUTE,           RMSCINPT
 9/26/17 06:46 90LCR  DOCS:IMAGES NOT REVIEWED                         RMSCINPT
 9/25/17 09:58 90LCR 137 DPD--LM W/MACH  UNID [redacted]8221           OCSCR +
 9/25/17 09:59 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
 9/25/17 09:60 90LCR ROM ORCHID                                        OCSCRMS3
 9/21/17 06:32 90LCR ACDV RECEIVED FROM CONSUMER REPORTING AG          RMSCINPT
 9/21/17 06:33 90LCR ENCY.  DISPUTED INFORMATION CURRENTLY UN          RMSCINPT
```

```
9/21/17 06:34 90LCR DER INVESTIGATION.WITH CTRL#:99997257032          RMSCINPT
9/21/17 06:35 90LCR 502019                                            RMSCINPT
9/21/17 06:36 90LCR CTRL#:334424758027001 DISPUTE CODE(S):2           RMSCINPT
9/21/17 06:37 90LCR INDIVIDUALS  SAME/SIMILAR NAME,  RESPONS          RMSCINPT
9/21/17 06:38 90LCR E CODE:23:DISPUTED INFORMATION ACCURATE.          RMSCINPT
9/21/17 06:39 90LCR   UPDATED ACCOUNT INFORMATION UNRELATED           RMSCINPT
9/21/17 06:40 90LCR TO THE DISPUTE,  DOCS:IMAGES NOT REVIEWE          RMSCI +
9/21/17 06:41 90LCR D                                                 RMSCINPT
9/21/17 09:55 90LCR 134 DPD--LM W/MACH UNID [redacted]8221            OCSCRMS3
9/21/17 09:56 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
9/21/17 09:57 90LCR ROM ORCHID                                        OCSCRMS3
9/19/17 06:28 90LCR ACDV RECEIVED FROM CONSUMER REPORTING AG          RMSCINPT
9/19/17 06:29 90LCR ENCY.  DISPUTED INFORMATION CURRENTLY UN          RMSCINPT
9/19/17 06:30 90LCR DER INVESTIGATION.WITH CTRL#:33442475802          RMSCINPT
9/19/17 06:31 90LCR 7001                                              RMSCINPT
9/19/17 09:51 90LCR 130 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
9/19/17 09:52 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
9/19/17 09:53 90LCR ROM ORCHID                                        OCSCR +
9/19/17 09:54 90LCR 130 DPD--                                         OCSCRMS3
9/14/17 09:47 90LCR 127 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
9/14/17 09:48 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
9/14/17 09:49 90LCR ROM ORCHID                                        OCSCRMS3
9/14/17 09:50 90LCR 127 DPD--                                         OCSCRMS3
9/12/17 09:44 90LCR 123 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
9/12/17 09:45 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
9/12/17 09:46 90LCR ROM ORCHID                                        OCSCRMS3
9/09/17 09:41 90LCR 122 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
9/09/17 09:42 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
9/09/17 09:43 90LCR ROM ORCHID                                        OCSCR +
9/06/17 09:38 90LCR 116 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
9/06/17 09:39 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
9/06/17 09:40 90LCR ROM ORCHID                                        OCSCRMS3
8/31/17 09:35 90LCR 113 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
8/31/17 09:36 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
8/31/17 09:37 90LCR ROM ORCHID                                        OCSCRMS3
8/29/17 09:32 90LCR 109 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
8/29/17 09:33 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
8/29/17 09:34 90LCR ROM ORCHID                                        OCSCRMS3
8/25/17 09:29 90LCR 107 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
8/25/17 09:30 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCR +
8/25/17 09:31 90LCR ROM ORCHID                                        OCSCRMS3
8/23/17 09:26 90LCR 105 DPD--LM W/MACH UNID [redacted]8221            OCSCRMS3
8/23/17 09:27 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
8/23/17 09:28 90LCR ROM ORCHID                                        OCSCRMS3
8/21/17 09:23 90LCR 102 DPD--LM W/MACH UNID [redacted].8221           OCSCRMS3
8/21/17 09:24 90LCR OUTBOUND CLICK-TO-DIAL TO [redacted]-8221 F       OCSCRMS3
8/21/17 09:25 90LCR ROM ORCHID                                        OCSCRMS3
8/17/17 09:20 90LCR 99 DPD--LM W/MACH UNID [redacted].8221            OCSCRMS3
```