# EXHIBIT 3

---

**IN THE CASE OF**

**VICTOR M. SANCHEZ, III,**

**V.**

**U.S. BANK NATIONAL ASSOCIATION,**

**CV18-500 JLS (KSX)**

**KAZEROUNI LAW GROUP, APC**
**1303 EAST GRAND AVENUE, SUITE 101**
**ARROYO GRANDE, CA 93420**
**(805) 335-8455**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. SANCHEZ, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )Case No. |
| | )CV18-500 JLS (KSx) |
| U.S. BANCORP DBA U.S. BANK | ) |
| NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |
| __________________________________ | ) |

TRANSCRIPT OF AUDIO RECORDING

September 27, 2017

Transcribed by:
DENISE HERFT
CSR No. 12983
Reference No. 3116924
Recording #2
PAGES 1 - 5

(Audio Recording September 27, 2017)

MR. SANCHEZ II: Hello.

BANK REPRESENTATIVE DAVE: Oh, hi. My name is Dave from U.S. Bank. May I speak with Victor Sanchez, please?

MR. SANCHEZ II: Speaking.

BANK REPRESENTATIVE DAVE: This call may be monitored and recorded for quality assurance purposes. Can you verify the last four digits of your social security number to confirm that I have the right party.

MR. SANCHEZ II: 9986.

BANK REPRESENTATIVE DAVE: What were the last four?

MR. SANCHEZ II: 9986.

BANK REPRESENTATIVE DAVE: And you are Victor Sanchez?

MR. SANCHEZ II: I am.

BANK REPRESENTATIVE DAVE: I see. Are you Victor Sanchez Sr. or Jr. or --

MR. SANCHEZ II: I'm technically a junior but -- technically, I'm a junior. My father is still alive. He doesn't have an account at U.S. Bank; I do.





Confidential VMS 000721

BANK REPRESENTATIVE DAVE: I see. And you said your social security last four 9986, I see. I think I have the wrong Victor Sanchez, thank you.

MR. SANCHEZ II: No, you don't. Hello?

BANK REPRESENTATIVE DAVE: 9986. Yeah, I'm here.

MR. SANCHEZ II: Yeah, I have an account with U.S. Bank and somehow you're getting my son's credit. He does not have an account with U.S. Bank; I have an account with U.S. Bank. I actually called in a little while ago, and I used my social security number in your automated system with my pin, and it put me through.

BANK REPRESENTATIVE DAVE: What's your full social security, then?

MR. SANCHEZ II: [redacted]-9986.

BANK REPRESENTATIVE DAVE: Okay. Well, the Victor Sanchez I'm calling has a different social security number completely, so I'm not sure what the problem is, so I apologize.

MR. SANCHEZ II: No, you have the right Victor Sanchez. You just had some bad information or something that messed up in your system.

BANK REPRESENTATIVE DAVE: Well, that

certainly is possible. Unfortunately, over the phone when I get a mismatch, because this call may be monitored or recorded for quality assurance purposes, I can't go any further in this matter.

MR. SANCHEZ II: Okay.

BANK REPRESENTATIVE DAVE: I apologize. Thank you.

MR. SANCHEZ II: Sure.

(End of Recording.)

CERTIFICATE

OF

CERTIFIED SHORTHAND REPORTER

I, the undersigned, Certified Shorthand Reporter of the State of California do hereby certify:

That the foregoing is an accurate transcription.

I further certify that I am neither financially interested in the action nor a relative of employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name

November 28, 2018

DENISE HERFT

Certificate Number 12983