# EXHIBIT 5

---

IN THE CASE OF

VICTOR M. SANCHEZ, III,

V.

U.S. BANK NATIONAL ASSOCIATION,

CV18-500 JLS (KSX)

KAZEROUNI LAW GROUP, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420
(805) 335-8455

ACTN: INQ COID: 654 CUST: VICTOR SANCHEZ TIE : 56

FILTER BY-> OPERATOR(O)/FUNC(F)/ACTN(A) : VALUE :

DISPLAY-> NON-SURVIVOR CMB/KEY? Y FROM MAINT DT :

NEXT MAINT DT / TIME : 115/11/09 10.20.40

MAINT DT / TIME OPERATOR ACT FULL GENERAL COMMENTS PF10 FOR OTHER INFO

117/09/27 18.04.55 MXGHAFA CHG OCC DESC:PROJECT MANAGER

117/02/16 03.59.48 B6RDC080 CHG OFFICER 2:

117/02/16 03.59.48 B6RDC080 ADD REL:IND ACCT:0926 CHS [redacted] 8521

116/12/13 15.27.37 lncampo ADD PH:HOME [redacted] -8221 EFF1161213 EXP9999999

116/09/17 20.16.29 H6P4200 ADD CR: [redacted] HUNTINGTN BCH CA 92649-230

116/09/17 20.16.29 H6P4200 DEL CR: [redacted] BREA CA 92821-5024/

116/07/12 13.52.23 OLBMM ADD REL:TKO ACCT:0654 TKN 7147475660

116/07/12 13.52.23 OLBMM ADD REL:TKO ACCT:0654 TKN 7147475660@ [redacted]

116/07/12 13.52.22 OLBMM ADD REL:TKO ACCT:0654 TKN FRANCESCA.TUVERA [redacted]

116/04/22 15.36.52 JLRUMFO ADD REL:IND ACCT:0654 PKG [redacted] 4030

115/12/30 15.56.13 F3P0001 ADD REL:IND ACCT:0654 MID [redacted] 1340

115/12/17 15.14.01 F3P0004 ADD REL:IND ACCT:0926 CHX [redacted] 2089

115/12/17 15.09.59 JLNEL16 ADD MMN

115/12/17 15.09.59 JLNEL16 CHG DATE OF BIRTH:063 [redacted]

115/12/17 14.26.29 SANCHVM ADD REL:IND ACCT:0654 RCD [redacted] 8221

115/12/17 14.24.57 H6P4200 ADD [redacted] BREA CA 92821-5024/

115/12/17 14.24.57 H6P4200 DEL CR[redacted] [redacted]BREA CA 92821-3600/