# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR M. SANCHEZ, III,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. BANK NATIONAL ASSOCIATION,**<br><br>Defendant. | Case No.: SACV 18-500 JLS (KSx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>**HON. JOSEPHINE L. STATON** |

Having considered Plaintiff Victor M. Sanchez, III and Defendant U.S. Bank National Association's Joint Motion for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby grants the Joint Motion and orders the action dismissed in its entirety, with prejudice. Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: August 16, 2019

By: _____JOSEPHINE L. STATON_____
Hon. Josephine L. Staton
U.S. District Court Judge

---

Case # CV 18-500 JLS (KSx)                     *Sanchez, III v. U.S. Bank National Association*
**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)**

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626